**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-6617**

_____

NAJI NABIL KHALIL,

                                        Petitioner - Appellant,

        versus

LLOYD WATERS, Warden; J. JOSEPH CURRAN, JR.,

                                        Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Harvey II, Senior District
Judge.  (CA-98-3931-H)

_____

Submitted:  August 5, 1999          Decided:  August 11, 1999

_____

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Naji Nabil Khalil, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Baltimore, Maryland; Susan Howe Baron, DEPARTMENT
OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, Baltimore, Maryland,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Najil Nabil Khalil appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Khalil v. Waters, CA-98-3931-4 (D. Md. Apr. 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2